IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EVALANI OKAMURA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-872-Y |
| | § | |
| MICHAEL J. ASTRUE | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On February 4, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case.  In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Evalani Okamura's claim for supplemental security income benefits under Title XVI of the Social Security Act.  On February 19, 2013, Plaintiff filed her objections to the magistrate's findings (doc. 18).

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein.  Accordingly, the commissioner's decision is AFFIRMED.

SIGNED March 25, 2013.

Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE